# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:01CR72-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| SOLOMON JACKSON ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion for a transcript of the supervised release violation hearing conducted August 24, 2006, and which resulted in the imposition of a six-month term of imprisonment.

The Court notes that the Defendant has filed notice of appeal and the Fourth Circuit has appointed a federal defender to represent the Defendant on appeal. Since the Defendant has counsel, he is advised that he should communicate with the Court <u>only</u> through his attorney; therefore, the motion will be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* motion for a transcript at government expense is hereby **DENIED**.

2

Signed: October 2, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge